UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ROBERT W. HAMIC, JR.,**
**MARIE G. HAMIC,**

    **Plaintiffs,**

v.                                                                                                         No. 11-cv-0644 WJ/SMV

**MORTGAGE ELECTRONIC**
**REGISTRATION SYSTEM, INC.,**
**AMERICA'S SERVICE COMPANY,**
**and US BANK,**

    **Defendants.**

## ORDER STAYING ALL DEADLINES

THIS MATTER is before the Court sua sponte.  The Court stayed all discovery and case management deadlines on February 1, 2012, pending final ruling by the Honorable William P. Johnson, United States District Judge, on the Proposed Findings and Recommended Disposition [Doc. 35].  Order Staying All Deadlines [Doc. 36].  Judge Johnson made his final ruling on February 24, 2012.  Order Adopting Magistrate Judge's Proposed Findings and Recommended Disposition to Dismiss Plaintiffs' Claims with Prejudice [Doc. 40].  Accordingly, the **STAY** [Doc. 36] on all discovery and case management deadlines is **LIFTED** with respect to the one remaining claim, i.e., US Bank's counterclaim against Plaintiffs.

    **IT IS SO ORDERED.**

                                                                                       STEPHAN M. VIDMAR
                                                                                  UNITED STATES MAGISTRATE JUDGE