UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ROBERT W. HAMIC, JR.,**
**MARIE G. HAMIC,**

    **Plaintiffs,**

**v.**                                                                                                              **No. 11-cv-0644 WJ/SMV**

**MORTGAGE ELECTRONIC**
**REGISTRATION SYSTEM, INC.,**
**AMERICA'S SERVICE COMPANY,**
**and US BANK,**

    **Defendants.**

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:         **Monday, June 18, 2012, at 9:00 a.m.**

    **IT IS ORDERED, ADJUDGED, AND DECREED** that a telephonic status conference is hereby set for **Monday, June 18, 2012, at 9:00 a.m.**  Counsel and pro se parties shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.

    **IT IS SO ORDERED.**

                                                          **STEPHAN M. VIDMAR**
                                                          **United States Magistrate Judge**